St. Mary's Roman Catholic Church Society of Niagara Falls, N. Y., and Another, Appellants, v. The Riverdale Cemetery Association of Niagara Falls, N. Y., and Others, Respondents.— Motion to amend order entered July 2, 1941 [see *ante*, p. 943], denied, without costs. Memorandum: In making the order modifying the order appealed from, this court did not undertake to decide the correctness of statements contained in the opinion of the Special Term and did not assume to decide the merits of the matters in issue, as defined by the pleadings. The decision of those matters is left for the trial. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

Garrett Doyle, Respondent, v. Ralph E. Haven and Others, Appellants.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

Solkat Realty Corporation, Respondent, Appellant, v. The State of New York, Appellant, Respondent. (Claim No. 24578.) — Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

Laurence R. Wilber, Jr., an Infant, by Laurence R. Wilber, His Guardian ad Litem, Respondent, v. Robert E. Woodruff and John A. Hadden, as Trustees of the Erie Railroad Company, Bankrupt, Appellants.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

The People of the State of New York ex rel. Nicholas Parsin, Appellant, v. William Hunt, as Warden of Attica State Prison, and the Agents of the New York State Prosecution and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

The People of the State of New York ex rel. Harold J. Whitney, Appellant, v. Joseph H. Brophy, Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Motion for reargument denied, motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of Ralph E. Bircher.— Report of referee confirmed and order entered revoking the order of disbarment entered on March 31, 1937. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.